**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EX PARTE APPLICATION OF | ) |
| SONA ENTERPRISES DMCC FOR | ) |
| AN ORDER PURSUANT TO 28 | )   C.A. No. |
| U.S.C. § 1782 TO OBTAIN | ) |
| DISCOVERY FOR USE IN | ) |
| FOREIGN PROCEEDINGS | ) |
| | ) |

**<u>DECLARATION OF CHRISTOPHER VICECONTE</u>**

I, Christopher Viceconte, declare under penalty of perjury, as follows:

1.      I am a partner with the law firm of FBT Gibbons LLP, attorneys for Applicant Sona Enterprises DMCC ("Sona") in the above-captioned *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for use in Foreign Proceedings (the "Application").

2.      Attached hereto as Exhibit A is a true and correct copy of Trax Ltd.'s Notice to Shareholders dated November 17, 2025.

3.      Attached hereto as Exhibit B is a true and correct copy of https://www.lincolninternational.com/transactions/gemspring-has-acquired-form-and-the-image-recognition-segment-of-trax-retail/, accessed and printed on June 10, 2026.

4.      Attached hereto as Exhibit C is a true and correct copy of https://www.prnewswire.com/news-releases/gemspring-capital-combines-form-

1

and-trax-retails-image-recognition-to-create-global-retail-execution-platform-302680273.html, accessed and printed on June 10, 2026.

5. Attached hereto as Exhibit D is a true and correct copy of https://www.gemspring.com/gemspring-capital-combines-form-and-trax-retails-image-recognition-to-create-global-retail-execution-platform/, accessed and printed on June 10, 2026.

6. Attached hereto as Exhibit E is a true and correct copy of https://www.hollandhart.com/holland-hart-advises-trax-limited-on-image-recognition-divestiture-to-gemspring-capital-for-growth-and-market-expansion, accessed and printed on June 10, 2026.

7. Attached hereto as Exhibit F is a true and correct copy of https://www.form.com/newsroom/form-and-trax-merge/, accessed and printed on June 10, 2026.

8. Attached hereto as Exhibit G is a true and correct copy of https://www.moelis.com/transactions/form-com-a-portfolio-company-of-diversis-capital-management-l-p-sale-to-gemspring-capital-llc-and-merger-with-trax-technology-solutions-pte-ltd/, accessed and printed on June 10, 2026.

9. Attached hereto as Exhibit H is a true and correct copy of https://www.form.com/terms-and-conditions/#terms-opx, accessed and printed on June 10, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the

laws of the United States of America that the foregoing is true and correct.

_____

Christopher Viceconte (No. 5568)
FBT GIBBONS LLP
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
Tel: (302) 518-6322
Fax: (302) 397-2050
cviceconte@fbtgibbons.com

*Counsel for Applicant*
*Sona Enterprises DMCC*

Dated:      June 18, 2026
            Wilmington, Delaware

3