# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

New York
Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC

1313 North Market Street, Suite 806
Wilmington, DE 19801
+1 302 655 4410

**Emily V. Cox**
**Direct Dial:** +1 302 655 4411
**Email:** ecox@paulweiss.com

June 24, 2026

Hon. Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:   *In re: Ex Parte Application of Sona Enterprises DMCC for an Order Pursuant to 28*
*U.S.C. § 1782 to Obtain Discovery for Use in Foreign Proceedings*
1:26-cv-00718-GBW (D. Del.)

Dear Judge Williams:

We represent Respondents in the above captioned action seeking to obtain discovery under 28 U.S.C. § 1782. We were not notified that Petitioners had filed the *Ex Parte* Application until June 22, 2026, and do not believe any exigent circumstances justify filing *ex parte*. We plan to meet-and-confer with Petitioners with the goal of submitting a proposed agreed-upon briefing schedule for Respondents' opposition to the Application. We therefore respectfully request that Your Honor reserve judgment on the Application until the matter can be fully briefed. In the interim, we are available at your convenience.

Very truly yours,

*/s/ Emily V. Cox*
Emily V. Cox (#7494)

cc:   Christopher Viceconte
Jennifer M. Rutter